IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| BRUTUS CLAYMORE | Violation:  18 U.S.C. §§ 1153 and 1111 |

**First Degree Murder**

The Grand Jury Charges:

On or about November 22, 2014, at Fort Yates, in the District of North Dakota,

BRUTUS CLAYMORE,

an Indian, did unlawfully and with malice aforethought, murder a human being, that being

Clay Hagel, by stabbing him with a sharp object, in the perpetration of, or attempt to

perpetrate, burglary and robbery.

In violation of Title 18, United States Code, Sections 1153 and 1111.

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney