AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of North Dakota

United States of America
v.
Brutus Claymore

)
)
)
)
)
)
)

Case No.    1:26-cr-096

*Defendant*

REC'D USMS-D/ND
2026 MAY 14 11:3'

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Brutus Claymore
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

First Degree Murder

Date:    05/14/2026

/s/ Angel Pedersen
*Issuing officer's signature*

City and state:    Bismarck, ND

/s/ Angel Pedersen, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5/14/26 , and the person was arrested on *(date)* 5/15/26 at *(city and state)* BISMARCK, ND . |
| Date: MAY 15, 2026 |

*Anthony Meirou*
*Arresting officer's signature*

ANTHONY MEIROSE, DUSM
*Printed name and title*